FILED: March 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4880

(3:12-cr-00316-FDW-DSC-2)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JORGE MOLINA-SANCHEZ

  Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for substitution of counsel.

David Jonathon Joffe is substituted as counsel for appellant on appeal.

  For the Court--By Direction

  /s/ Patricia S. Connor, Clerk