IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.                                    CASE # <u>14-4880</u>

JORGE MOLINA-SANCHEZ,

    Appellant.

_____/

## **MOTION TO APPOINT AS CJA COUNSEL**

    Comes now the Appellant Jorge Molina-Sanchez, by and through undersigned counsel, and respectfully moves this Court to appoint undersigned counsel David J. Joffe as CJA counsel of record in this case. In support thereof, the Appellant states as follows:

    The undersigned attorney David J. Joffe represented the Appellant/Defendant in the District Court case. But, as required by local rules, attorney Joffe was required to associate himself with local counsel who, in this case, was attorney William Terpening.

    When this case went up on appeal to this Court, attorney Joffe had not yet been admitted to practice in the Fourth Circuit. Consequently, up until this date, attorney Joffe's associated local counsel in the District Court case, William Terpening, entered his appearance, was appointed CJA counsel, and filed all pleadings thus far. This week, however, the undersigned attorney David J. Joffe was admitted to the Fourth Circuit. As a result, attorney Joffe today filed his notice of appearance, after consultation with attorney William Terpening. In an email exchange between attorney Terpening and the office of the undersigned, attorney Terpening indicated he would be filing his motion to withdraw once the undersigned filed his notice of

1

appearance. That motion to withdraw was filed on February 26, 2015 (DE 27). Therafter, the undersigned filed a Motion to Substitute/Appoint Counsel (DE 28).

As a result, the Court today, March 2, granted the undersigned motion for substitution of counsel. (DE 29). However, the undersigned's motion requesting same (DE 28), had two parts. First, the undersigned requested to be substituted for CJA counsel William Terpening. Secondly, the undersigned requested to be appointed CJA counsel in place of attorney Terpening. The Court's order today granted the substitution, but did not state whether the undersigned was granted CJA appointment.

Wherefore, in consideration of the foregoing, the undersigned attorney David J. Joffe respectfully moves this Court to appoint same as CJA counsel of record, in place of attorney William Terpening and to issue an Order so stating.

Respectfully submitted,

/s/ *David J. Joffe*
David J. Joffe, Esq.
Joffe Law, P.A.
Attorney for Defendant
One East Broward Boulevard
Suite 700
Fort Lauderdale, Florida  33301
Telephone:    (954) 723-0007
Facsimile:     (954) 723-0033
Email: Davidjjoffe@aol.com
Florida Bar #  0814164

**CERTIFICATE OF SERVICE**

I, David J. Joffe, Esq, do hereby certify that a true and correct copy of the foregoing Motion to Appoint As CJA Counsel, was duly served on the United States by filing same on the Court's CM/ECF system which electronically serves all attorneys of record, this 2nd day of March, 2015.

Signed:  /s/ *David J. Joffe*

2